JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. TEAGUE, ) | Case No. EDCV 06-1421 AN |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, ) ) ) ) | |
| Defendant. ) | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice

DATED:   March 21, 2008         /s/   ARTHUR NAKAZATO
                                                ARTHUR NAKAZATO
                                       UNITED STATES MAGISTRATE JUDGE